IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| SAMUEL A. PERRONI, PRESIDENT OF, AND ON BEHALF OF, THE EXECUTIVE BOARD OF ASOCIACION de RESIDENTES BAY VIEW GRAND IXTAPA, A.C. | ) ) ) ) ) ) ) | PLAINTIFF |
| v. | ) ) | CIVIL ACTION NO. 4:09CV0010 BSM |
| VIGILANTE COMMITTEE CONDOMINIO RESIDENCIAL BVG IXTAPA, A.C., P&R PROPERTIES, CONNELL & ASSOCIATES, GERD KRUGER, AND BANK OF THE OZARKS | ) ) ) ) ) ) ) ) | DEFENDANTS |
| VIGILANTE COMMITTEE CONDOMINIO RESIDENCIAL BVG IXTAPA, A.C. | ) ) ) ) ) | COUNTER-PLAINTIFF |
| v. | ) ) | |
| SAMUEL A. PERRONI, PRESIDENT OF, AND ON BEHALF OF, THE EXECUTIVE BOARD OF ASOCIACION de RESIDENTES BAY VIEW GRAND IXTAPA, A.C. | ) ) ) ) ) | COUNTER-DEFENDANT |

## ORDER

Now before the Court is a Joint Stipulation for Dismissal filed by various parties to this interpleader action. Those parties represent that they have reached a full settlement over claims to funds held in an account at Bank of the Ozarks, account number 2030002766.

For good cause shown, the Court Orders:

1

242716-1

1. Bank of the Ozarks to disburse the full balance of Account 2030002766 to Vigilante Committee Condominio Residencial BVG Ixtapa, A.C. and their attorneys, Rose Law Firm.

2. Plaintiff and Bank of the Ozarks are relieved and discharged of all further liability or responsibility for Bank of the Ozarks Account Number 2030002766, or the proceeds thereof.

3. That this case be dismissed with prejudice.

Each party is to bear its own costs associated with this Order.

IT IS SO ORDERED this __12th__ day of May, 2011

                                                       HONORABLE BRIAN S. MILLER

Approved by:

HARDIN & GRACE, P.A.
500 Main Street, Suite A
P.O. Box 5851
North Little Rock, AR 72119-5851
Telephone: (501) 378-7900
Facsimile: (501) 376-6337
E-mail: **dgrace@hardingrace.com**
By:__/s/ David A. Grace_____
David A. Grace
State Bar No. 76-044

*Attorneys for Samuel A. Perroni, individually,
and as President of, and on behalf of, the
Executive Board of Asociacion de Residentes
Bay View Grand Ixtapa, A.C.*

ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9151
Facsimile: (501) 375-1309
**bwalker@roselawfirm.com**
**btfry@roselawfirm.com**
By:__/s/ Byron J. Walker_____
Byron J. Walker
Arkansas Bar No. 2002114
Karen Turner-Fry
Arkansas Bar No. 2010128

*Attorneys for Vigilante Committee*
*Condomino Residencial BVG Ixtapa, A.C.*


PERRONI & KOEHLER
12511 Cantrell Road, Suite 100
Little Rock, AR 72221
Telephone: (501) 372-2070
Facsimile: (501) 823-2198
E-mail: **skoehler@perronilaw.com**
By:__/s/Shelly Hogan Koehler_____
Shelly Hogan Koehler
Arkansas Bar #2007275

*Attorneys for P & R Properties*


Michael J. Ptak
P.O. Box 8811
Little Rock, AR 72231-8811
Telephone: (501) 978-2226
Facsimile: (501) 978-2205
E-mail: **mptak@bankozarks.com**
By:__Michael J. Ptak_____
Michael J. Ptak
Ark. Bar No. 93213

*Attorney for Bank of the Ozarks*

242716-1